# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-36-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **STACY RAGGL,** | |
| **Defendant.** | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Sentencing Hearing set for Wednesday, June 24, 2020 at 2:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Sentencing Hearing is **RESET** for **Thursday, July 30, 2020 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that,

1.     Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **July 16, 2020.**   Absent good cause shown, sentencing memoranda and supporting documents filed after July 16, 2020 will not be considered in addressing sentencing issues.   Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

1

2.      Responses to sentencing memoranda shall be filed on or before **July 23, 2020**.

3.      Reply briefs will not be accepted for filing in sentencing matters.

4.      The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5.      All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___3rd___ day of June, 2020.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge

2